# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian Lee Hockenberry,                    Chapter        13

**Debtor 1**

Case No.        1:23–bk–00049–HWV

### **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  April 1, 2026

ordsmiss (05/18)