# Notice Recipients

District/Off: 0314–1　　　　　　User: AutoDocketer　　　　　　Date Created: 4/1/2026

Case: 1:23–bk–00049–HWV　　　　Form ID: ordsmiss　　　　　　Total: 15

**Recipients of Notice of Electronic Filing:**

ust　　　United States Trustee　　　ustpregion03.ha.ecf@usdoj.gov
tr　　　　Jack N Zaharopoulos　　　info@pamd13trustee.com
aty　　　Charles G. Wohlrab　　　bkecf@friedmanvartolo.com
aty　　　Michelle McGowan　　　mimcgowan@raslg.com
aty　　　Paul Donald Murphy–Ahles　　　pmurphy@dplglaw.com
aty　　　Robert Shearer　　　rshearer@raslg.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db　　　　Brian Lee Hockenberry　　　23838 Big Spring Road　　　Doylesburg, PA 17219
cr　　　　PRA Receivables Management, LLC　　　PO Box 41021　　　Norfolk, VA 23541
cr　　　　U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association　　　Robertson, Anschutz, Schneid, Crane & Pa　　　130 Clinton Road, Suite 202　　　Fairfield, NJ 07004
5515653　Credit Acceptance Corporation　　　25505 West 12 Mile Road　　　Southfield, MI 48034–8316
5515654　OneMain Financial　　　Attn: Bankruptcy　　　Po Box 3251　　　Evansville, IN 47731
5515797　Orion　　　c/o PRA Receivables Management, LLC　　　PO Box 41021　　　Norfolk, VA 23541
5517322　RAS Crane & Partners, PLLC　　　130 Clinton Rd #202　　　Fairfield, NJ 07004
5515655　Selene Finance　　　PO Box 8619　　　Philadelphia, PA 19101
5525505　U.S. Bank Trust National Association　　　c/o Selene Finance LP　　　Attn: BK Dept., 3501 Olympus Blvd　　　Dallas, TX 75019–7501

TOTAL: 9